UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAIGE A. CARLOVSKY,<br><br>　　Plaintiff<br><br>v.<br><br>DITECH FINANCIAL, LLC and BANK OF NEW YORK MELLON,<br><br>　　Defendants | Case No.: 2:17-cv-01051-APG-VCF<br><br>**Order for Status Report** |

IT IS ORDERED that the parties shall file a status report on or before August 23, 2019.

DATED this 6th day of August, 2019.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE