**ANDREW A. BAO, ESQ.**
**Nevada Bar No. 10508**
**WOLFE & WYMAN LLP**
**6757 Spencer Street**
**Las Vegas, NV 89119**
**Tel: (702) 476-0100**
**Fax: (702) 476-0101**
**aabao@wolfewyman.com**

Attorneys for Defendants
**DITECH FINANCIAL LLC fka GREEN TREE SERVICING LLC and THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-14 MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2007-14**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAIGE A. CARLOVSKY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DITECH FINANCIAL LLC fka GREEN TREE SERVICING, LLC, a Delaware limited liability corporation; and THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK MELLON AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-14 MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2007-14, a Delaware limited liability corporation,<br><br>　　　　　Defendants. | CASE NO. 2:17-cv-01051-APG-VCF<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANT DITECH FINANCIAL LLC** |

**TO THE HONORABLE COURT AND TO ALL PARTIES OF RECORD:**

IT IS HEREBY STIPULATED by and between Plaintiff, PAIGE A. CARLOVSKY and Defendant, DITECH FINANCIAL, LLC, by and through their undersigned counsel of record herein, as follows:

1

1. On March 7, 2019, Defendant, DITECH FINANCIAL, LLC caused to be filed in this present matter a Notice of Bankruptcy to inform the Court and the parties of Ditech's bankruptcy cases and the automatic stay imposed by section 362 of the Bankruptcy Code.

2. On September 26, 2019, the Bankruptcy Court entered the Order Confirming Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors approving the terms of the Third Amended Joint Chapter 11 Plan of Ditech Holding Corporation and Its Affiliated Debtors.

3. The Plan contains a permanent injunction that specifically prohibits parties from, among other things, taking actions inconsistent with the Plan, including, as relevant here, forever prosecuting any action against Ditech for monetary recovery on account of any claim arising prior to the closing of the transactions under the Plan—September 30, 2019.

4. Therefore, the above-captioned action including all claims and all causes of action therein be and hereby is dismissed with prejudice as to Defendant, DITECH FINANCIAL, LLC pursuant to Federal Rules of Civil Procedure, Rule 41.

**IT IS SO STIPULATED.**

DATED: November 13, 2019            KNEPPER & CLARK LLC

By: */s/ Matthew I. Knepper*
MATTHEW I KNEPPER, ESQ.
Nevada Bar No. 12796
MILES N CLARK, ESQ.
Nevada Bar No. 13848
5510 So. Fort Apache Rd, Suite 30
Las Vegas, Nevada 89148
Attorneys for Plaintiff

///
///
///
///
///
///
///

DATED: November 13, 2019         WOLFE & WYMAN LLP

By: */s/ Andrew A. Bao*
    ANDREW A. BAO, ESQ.
    Nevada Bar No. 1050
    6757 Spencer Street
    Las Vegas, Nevada 89119
    Attorneys for Defendant
    **DITECH FINANCIAL LLC fka GREEN TREE SERVICING LLC and THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-14 MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2007-14**

3488615.1

## ORDER

For good cause, the Court hereby grants the parties' stipulation to dismiss Defendant DITECH FINANCIAL LLC with prejudice from Plaintiff's Complaint. Each party shall bear their own fees and costs.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: November 14, 2019.

4

3488615.1