# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| PAIGE A. CARLOVSKY,<br><br>    Plaintiff,<br><br>vs.<br><br>DITECH FINANCIAL LLC fka GREEN TREE SERVICING, LLC, a Delaware limited liability corporation; and THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK MELLON AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-14 MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2007-14, a Delaware limited liability corporation,<br><br>    Defendants. | 2:17-cv-01051-APG-VCF<br><br>**ORDER** |

Before the court is the *Paige A. Carlovsky v. Ditech Financial LLC, et al.*, case number 2:17-cv-01051-APG-VCF.

Accordingly,

IT IS HEREBY ORDERED that a status hearing is scheduled for 3:00 PM, January 15, 2020, in Courtroom 3D.

DATED this 8th day of January, 2020.

                          _____
                          CAM FERENBACH
                          UNITED STATES MAGISTRATE JUDGE