DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for The Bank of New York Mellon
fka The Bank of New York as Trustee for the
Certificateholders of CWMBS, Inc., CHL
Mortgage Pass-Through Trust 2007-14
Mortgage Pass-Through Certificates, Series
2007-14*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAIGE A. CARLOVSKY,<br><br>                    Plaintiff,<br><br>vs.<br><br>DITECH FINANCIAL, LLC fka GREEN TREE SERVICING, LLC, a Delaware limited liability corporation; and THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-14 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-14, a Delaware limited liability corporation,<br><br>                   Defendants. | Case No. 2:17-cv-01051-APG-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT MOTION**<br><br>**(FIRST REQUEST)** |

The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2007-14 Mortgage Pass-Through Certificates, Series 2007-14 (**BoNYM**) and Paige A Carlovsky hereby stipulate and agree that BoNYM shall have an additional fourteen (14) days, up to and including **February 24, 2020**, to file its reply in support of its motion for leave to file summary judgment motion, which is currently

51909350;1

due on February 10, 2020, pursuant to ECF No. 37. The parties enter into this stipulation to address current time constraints on BoNYM's counsel.

  This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

  DATED this 10th day of February, 2020.

| **AKERMAN LLP** | **KNEPPER & CLARK LLC** |
|---|---|
| */s/ Nicholas E. Belay, Esq.* | */s/ Matthew I. Knepper, Esq.* |
| DARREN T. BRENNER, ESQ. | MATTHEW I. KNEPPER, ESQ. |
| Nevada Bar No. 8386 | Nevada Bar No. 12796 |
| NATALIE L. WINSLOW, ESQ. | MILES N. CLARK, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 13848 |
| NICHOLAS E. BELAY, ESQ. | 10040 W. Cheyenne Ave., Suite 170-109 |
| Nevada Bar No. 15175 | Las Vegas, NV 89129 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | |
| | *Attorneys for Highland Ranch Homeowners Association* |
| *Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2007-14 Mortgage Pass-Through Certificates, Series 2007-14* | |

## ORDER

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 10, 2020.

51909350;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572