Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

George Haines, Esq.
Nevada Bar No. 9411
FREEDOM LAW FIRM
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
702.880.5554 ext. 222
Efax: 702.967.6666
ghaines@freedomlegalteam.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAIGE A. CARLOVSKY,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF NEW YORK MELLON formerly known as BANK OF NEW YORK on behalf of CERTIFICATEHOLDERS OF CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2007-14 MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2007-14,<br><br>Defendant. | Case No. 2:17-cv-01051-APG-VCF<br><br>**STIPULATION OF DISMISSAL OF CLAIM FOR DECLARATORY RELIEF AGAINST BANK OF NEW YORK MELLON FORMERLY KNOWN AS BANK OF NEW YORK ON BEHALF OF CERTIFICATEHOLDERS OF CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2007-14 MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2007-14, WITH PREJUDICE**<br><br>Complaint filed: April 14, 2017 |

PLEASE TAKE NOTICE that Plaintiff PAIGE A. CARLOVSKY ("Plaintiff") and

Defendant BANK OF NEW YORK MELLON formerly known as BANK OF NEW YORK on

behalf of CERTIFICATEHOLDERS OF CWMBS, INC. CHL MORTGAGE PASS-THROUGH

TRUST 2007-14 MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2007-14 ("BNYM") hereby stipulate and agree that Plaintiff's claim for declaratory relief against BoNYM be dismissed with prejudice.

IT IS SO STIPULATED.
DATED: December 4, 2020.

| **KNEPPER & CLARK LLC** | **AKERMAN LLP** |
|---|---|
| /s/ *Matthew I. Knepper* | /s/ *Nicholas Belay* |
| Matthew I. Knepper, Esq., SBN 12796 | Ariel E. Stern, Esq., SBN 8276 |
| Miles N. Clark, Esq., SBN 13848 | Natalie L. Winslow, Esq., SBN 12125 |
| 5510 So. Fort Apache Rd, Suite 30 | Nicholas E. Belay, Esq., SBN 15175 |
| Las Vegas, NV 89148 | 1635 Village Center Circle, Suite 200 |
| Email: matthew.knepper@knepperclark.com | Las Vegas, NV 89134 |
| Email: miles.clark@knepperclark.com | Email: ariel.stern@akerman.com |
|  | Email: natalie.winslow@akerman.com |
| **FREEDOM LAW FIRM** | Email: nicholas.belay@akerman.com |
| George Haines, Esq., SBN 9411 |  |
| Nevada Bar No. 9411 | *Counsel for Defendant* |
| 8985 S. Eastern Ave., Suite 350 | *The Bank of New York Mellon fka The Bank* |
| Henderson, NV 89123 | *of New York as Trustee for the* |
| ghaines@freedomlegalteam.com | *Certificateholders of CWMBS, Inc., CHL* |
|  | *Mortgage Pass-Through Trust 2007-14* |
| *Counsel for Plaintiff* | *Mortgage Pass-Through Certificates, Series* |
|  | *2007-14* |

**ORDER GRANTING STIPULATION OF DISMISSAL OF CLAIM FOR DECLARATORY RELIEF AGAINST BANK OF NEW YORK MELLON formerly known as BANK OF NEW YORK on behalf of CERTIFICATEHOLDERS OF CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2007-14 MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2007-14, WITH PREJUDICE**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this  7th  day of   December    2020